THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EXCELSIOR SAVINGS BANK, Appellant.

Argued March 8, 1938; decided April 12, 1938

*Philip Wiltchik* for appellant.

*William C. Chanler,* Corporation Counsel (*James Hall Prothero* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.